IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JASON EDWARDS**                                                                                         **PLAINTIFF**

V.                   **CASE NO.: 2:10CV00053 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                       **DEFENDANT**

## JUDGMENT

Jason Edwards's appeal is denied and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 15th day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE